1  PHILLIP A. TALBERT
   United States Attorney
2  ELLIOT WONG
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone:  (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Defendants

7
                    IN THE UNITED STATES DISTRICT COURT
8
                    EASTERN DISTRICT OF CALIFORNIA
9

10  NOREEN KHAN,                              CASE NO.  2:23-CV-01921-JDP

11                       Plaintiff,           STIPULATION AND [PROPOSED] ORDER FOR
                                              FIRST EXTENSION OF TIME
12            v.

13  ANTONY BLINKEN, ET AL.,

14                       Defendants.

15

16

17

18       The Defendants respectfully request a first extension of time in which to respond to the

19  Complaint, and counsel for Plaintiff does not oppose.  This case concerns the visa application of

20  Plaintiff's spouse, which was refused for administrative processing following a January 2020 consular

21  interview.  The State Department is taking further action, but the administrative processing has not yet

22  been resolved.  Once the administrative processing has been resolved, the parties anticipate that the

23  consular official will be able to complete the adjudication of the visa application in this case shortly,

24  which is expected to render this lawsuit moot.

25  ///

26  ///

27  ///

28
                                              1

1   The parties therefore stipulate that the new date for Defendants to file an answer or other

2  dispositive pleading is January 26, 2024.  The parties further request that all other filing deadlines be

3  similarly extended.

4

5  Respectfully submitted,

6

7   Dated:  November 27, 2023                    PHILLIP A. TALBERT
                                                 United States Attorney
8

9                                         By:  /s/ ELLIOT C. WONG
                                               ELLIOT C. WONG
10                                             Assistant United States Attorney

11

12                                             /s/ WAHIDA NOORZAD
                                               WAHIDA NOORZAD
13                                             Counsel for Plaintiff

14

15                              [PROPOSED] ORDER

16

17  IT IS SO ORDERED.

18

19  Dated:    November 28, 2023          _____
                                         JEREMY D. PETERSON
20                                       UNITED STATES MAGISTRATE JUDGE

21

22

23

24

25

26

27

28
                                          2